UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUNIOR LEE BASS                                                                                PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:18CV75-RHW

KATHERINE BLOUNT et al                                                                   DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's 42 U.S.C. § 1983 civil rights complaint is dismissed with prejudice as to all claims and all defendants.

SO ORDERED AND ADJUDGED, this the 4th day of September 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE